CLOSED

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CRIMINAL DOCKET FOR CASE #: 1:03-mj-02368-UA All Defendants

Case title: USA v. Monas                      Date Filed: 12/04/2003

Assigned to: Judge Unassigned

**Defendant**

**Ira Monas** (1)                             represented by **Michael Fred Bachner**
*TERMINATED: 01/22/2004*                                     Bachner & Herskovits, P.C.,
                                                             26 Broadway, Ste. 2310
                                                             New York, NY 10004
                                                             (212) 344-7778
                                                             Fax: (212) 344-7774
                                                             Email: mb@bhlawfirm.com
                                                             *LEAD ATTORNEY*
                                                             *Designation: Retained*

**Pending Counts**                            **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                         **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                **Disposition**
18:1343: WIRE FRAUD.

**Plaintiff**
USA                                           represented by **Marcia R. Isaacson**
                                                             U.S. Attorney's Office
                                                             One St. Andrew's Plaza
                                                             New York, NY 10007

212-637-2211
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/04/2003 | 1 | COMPLAINT as to Ira Monas in violation of 18 U.S.C. 1343 - Wire Fraud.(Signed by Magistrate Judge Frank Maas ) (gq, ) (Entered: 12/10/2003) |
| 12/04/2003 | 2 | ARREST Warrant Issued as to Ira Monas. (Signed by Magistrate Judge Frank Maas on 12/04/2003.) (gq, ) (Entered: 12/10/2003) |
| 12/04/2003 |   | Arrest of Ira Monas. (gq, ) (Entered: 12/10/2003) |
| 12/04/2003 | 3 | ARREST Warrant Returned Executed on 12/4/2003 as to Ira Monas. (gq, ) (Entered: 12/10/2003) |
| 12/04/2003 |   | Minute Entry for proceedings held before Judge Richard Owen :Initial Appearance as to Ira Monas held on 12/4/2003. Deft present with atty Michael Bachner. AUSA Marcia Isaacson present for the gov't. Court grants gov't motion to have deft's bail revoked. Sentence is scheduled for 1/16/03. Deft remanded. (gq, ) (Entered: 12/10/2003) |
| 12/04/2003 |   | Attorney update in case as to Ira Monas. Attorney Michael F. Bachner for Ira Monas added. .(gq, ) (Entered: 12/10/2003) |
| 01/22/2004 | 4 | ORDER DIMISSING MAIGSTRATE JUDGE COMPLAINT as to Ira Monas. . (Signed by Judge Andrew J. Peck on 1/22/04)(kwi, ) (Entered: 01/22/2004) |

| PACER Service Center |||| 
|---|---|---|---|
| Transaction Receipt ||||
| 11/01/2007 20:21:24 ||||
| PACER Login: | us3365 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 1:03-mj-02368-UA |
| Billable Pages: | 1 | Cost: | 0.08 |